*W. C. Davis,* for plaintiff in error.

*G. H. Williams, solicitor,* contra.

---

## POLLARD *v.* THE STATE.

COBB, P. J. 1. "An amendment to a motion for a new trial, which has upon it an entry to the effect that it was 'allowed' by the judge, with nothing else to indicate an approval of its grounds, is not sufficiently verified to authorize this court to deal with the assignments of error therein." *Sterling* v. *Unity Cotton Mills,* 119 *Ga.* 173, and cit.; *Williams* v. *State,* 120 *Ga.* 488, and cit.; *Bradley* v. *State,* 121 *Ga.* 162.

2. The verdict was authorized by the evidence, and no sufficient reason appears for reversing the judgment.

*Judgment affirmed. All the Justices concur.*

Submitted April 16,—Decided May 11, 1906.

Conviction of stabbing. Before Judge Mitchell. Brooks superior court. February 22, 1906.

*Stanley S. Bennet,* for plaintiff in error.

*William E. Thomas, solicitor-general,* contra.